David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. C 06 5737 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Donald Cockerham,<br><br>      Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>      Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, DONALD COCKERHAM, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: 11/12 , 2009  MATTHEWS & ASSOCIATES

              By: _____
              David P. Matthews
              Attorneys for Plaintiffs

-1-

DATED: February 4, 2010    DLA PIPER LLP (US)

By: _____
       Michelle W. Sadowsky
       Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 5, 2010        _____
                            Hon. Charles R. Breyer
                            United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**